IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-CR-0030-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WYATT,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

Beginning in or about April 2012, and continuing to in or about June 2015, in the State and District of Colorado and elsewhere, the defendant, RICHARD WYATT, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms, and did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## **FORFEITURE ALLEGATION**

The allegation contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the violation alleged in Count 1 of this Indictment, involving a violation of 18 U.S.C. § 922(a)(1)(A), the defendant, RICHARD WYATT, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense.

If any of the property described in the above paragraphs, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

//

//

//

//

//

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

                          A TRUE BILL:


                          <u>Ink signature on file in Clerk's Office</u>
                          FOREPERSON


JASON R. DUNN
United States Attorney

By: <u>s/Peter McNeilly</u>
Peter McNeilly
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Peter.Mcneilly@usdoj.gov
Attorney for Government