# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.    20-CR-030-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WYATT,

    Defendant.

## GOVERNMENT'S NOTICE OF RELATED CASES

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Peter McNeilly, respectfully files this Notice of Related Cases in the above-captioned matter.

### Procedural Posture of Related Criminal Case

The defendant was previously charged in criminal case number 16-cr-057-MSK, U.S. District Court for the District of Colorado. On February 8, 2016, a federal grand jury indicted the defendant on thirteen counts, including two counts of Conspiracy to Commit an Offense Against the United States (Dealing in Firearms Without a License), in violation of 18 U.S.C. § 371; three counts of Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A); one count of Subscribing a False Income Tax Return, in violation of 26 U.S.C. § 7206; three counts of Willful Failure to File an Individual Income Tax Return, Supply Information, or Pay Tax, in violation of 26 U.S.C.

§ 7203; and four counts of Willful Failure to File a Corporate Income Tax Return, Supply Information, or Pay Tax, in violation of 26 U.S.C. § 7203. *See* CM/ECF Document 1 in 16-cr-057-MSK.

On February 21, 2017, the Court commenced a jury trial on the Indictment. On March 10, 2017, the jury returned guilty verdicts on the two counts of Conspiracy to Commit an Offense Against the United States (Dealing in Firearms Without a License), in violation of 18 U.S.C. § 371; the one count of Subscribing a False Income Tax Return, in violation of 26 U.S.C. § 7206; the three counts of Willful Failure to File an Individual Income Tax Return, Supply Information, or Pay Tax, in violation of 26 U.S.C. § 7203; and the four counts of Willful Failure to File a Corporate Income Tax Return, Supply Information, or Pay Tax, in violation of 26 U.S.C. § 7203. The jury hung on the three counts of Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A).

On March 13, 2017, the government moved to dismiss the three counts of Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A) without prejudice. *See* CM/ECF Document 126 in 16-cr-057-MSK. The Court granted the government's motion on March 14, 2017. *See* CM/ECF Document 127 in 16-cr-057-MSK.

The defendant's appeal of his convictions and sentence in 16-cr-057-MSK is still pending before the Tenth Circuit in USCA Case Number 18-1135. The District Court case was terminated on March 27, 2018.

Obligation to Provide Written Notice to the Clerk of Court

Pursuant to D.C.COLO.LCrR 50.1(c)(2), "On filing a new criminal case charging a felony offense and involving only one defendant, the United States Attorney shall notify the clerk in writing when that defendant is the only defendant in another pending criminal case in which a felony offense is charged." Pursuant to D.C.COLO.LCrR 50.1(c)(3), "On filing a new criminal case charging a felony offense and involving only one defendant, the United States Attorney shall notify the clerk in writing when that defendant is currently on probation or supervised release." The defendant's prior criminal case is no longer pending, however, his appeal of that criminal case is. The defendant has not yet commenced his term of supervised release because he is still serving a term of imprisonment, but, is some portion of the convictions and sentence is upheld, he will eventually serve a term of supervised release as part of his sentence in the prior case.

Although the circumstances of this case do not fit within either of the circumstances identified in D.C.COLO.LCrR 50.1(c)(2) or (3), it seems appropriate to notify the clerk of the unique circumstances of this case and its association with a past criminal case in the District of Colorado.

The indictment which was returned by the grand jury on January 23, 2020, alleges one violation of 18 U.S.C. § 922(a)(1)(A), Dealing in Firearms Without a License. This new allegation is closely related to the two counts of Conspiracy to Commit an Offense Against the United States (Dealing in Firearms Without a License), in violation of 18 U.S.C. § 371; and three counts of Dealing in Firearms Without a

License, in violation of 18 U.S.C. § 922(a)(1)(A), which were the subject of 16-cr-057-MSK.

                                  JASON R. DUNN
                                United States Attorney

By:   *s/Peter McNeilly*
       PETER MCNEILLY
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       FAX: (303) 454-0409
       E-mail: Peter.McNeilly@usdoj.gov
       Attorney for the Government